IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:07CR5 |
| LABRONE C. DONALDSON, | ) ) | **SCHEDULING ORDER** |
| Defendant. | ) ) | |

ON THE COURT'S OWN MOTION,

IT IS ORDERED that the evidentiary hearing on the Motion to Suppress [14] is rescheduled for **April 16, 2007** at **1:00 p.m.** before Magistrate Judge David L. Piester, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 3rd day of April, 2007.

BY THE COURT:

s/ David L. Piester
United States Magistrate Judge