IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:07CR5 |
| | ) | |
| LABRONE C. DONALDSON, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

    Before the court is defendant's Motion to Withdraw Motion to Suppress [23]. The motion is granted and the Motion to Suppress [14] is deemed withdrawn. The evidentiary hearing scheduled for April 16, 2007 is hereby cancelled.

    IT IS SO ORDERED.

    DATED this 16th day of April, 2007.

                                  BY THE COURT:

                                  s/ David L. Piester
                                  United States Magistrate Judge