**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> **LABRONE C. DONALDSON,** ) <br> ) <br> Defendant. ) | **8:07CR5** <br><br> **ORDER** |

      Defendant Labrone C. Donaldson appeared before the court on Friday, May 15, 2009 on a Petition for Warrant or Summons for Offender Under Supervision [38]. The defendant was represented by Assistant Federal Public Defender Michael F. Maloney and the United States was represented by Assistant U.S. Attorney Michael P. Norris. The government requested detention. A Detention Hearing was held and the court denied the government's request for detention. Defendant was released on current conditions of supervision. Defendant waived a preliminary examination.

      I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Senior Judge Strom.

      **IT IS ORDERED**:

      1.    A final dispositional hearing will be held before Senior Judge Lyle E. Strom in Courtroom No.5, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **June 19, 2009 at 1:00 p.m.**  Defendant must be present in person.

      2.    The defendant is released on current conditions of supervision.

DATED this 15th day of May, 2009.

                                                    BY THE COURT:

                                                    s/ F. A. Gossett
                                                    United States Magistrate Judge