IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:07CR5 |
| v. | ) | |
| LABRONE C. DONALDSON, | ) | ORDER |
| Defendant. | ) | |

This matter came on for hearing on the 25th day of September, 2009, on the Second Amended Petition for Warrant for Offender Under Supervision (Filing No. 50). Labrone C. Donaldson was present and represented by his counsel, Michael Maloney. The United States was represented by Assistant United State Attorney Michael Norris. Labrone C. Donaldson admitted to allegations two through seven, inclusive, of the Petition. The United States' motion to dismiss allegation 1 was granted by the Court. The Court will defer sentencing pending defendant's acceptance into Williams Prepared Place for residential treatment. Accordingly,

IT IS ORDERED:

1) Final disposition is deferred pending defendant's completion of treatment at Williams Prepared Place. Donaldson will remain at Williams Prepared Place pending sentencing. As a condition of his release to Williams Prepared Place, the facility will notify the United States Probation Office immediately upon the detection of any unauthorized absence on the part of Donaldson.

2) Allegation 1 is dismissed.

3) If defendant leaves Williams Prepared Place prior to completion of the treatment program, final disposition of this matter will be rescheduled.

DATED this 28th day of September, 2009.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court